1054

*In the Matter of the Marriage of* HOLLY A.
MCWAIN-COX, *Respondent,* and WILLIAM A. COX,
*Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 96-3-00500-7, Stephen M. Warning, J., entered
July 30, 1997. *Affirmed in part* and *remanded* by unpub-
lished opinion per Armstrong, A.C.J., concurred in by
Morgan and Hunt, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN M.
MILLER, ET AL., *Appellants.*

Appeals from judgments of the Superior Court for Pierce
County, Nos. 97-1-01261-1, 97-1-01513-0, D. Gary Steiner
and Brian Tollefson, JJ., entered September 15, 1997. *Re-
versed* by unpublished opinion per Houghton, J., concurred
in by Bridgewater, C.J., and Seinfeld, J.

THE STATE OF WASHINGTON, *Respondent,* v. CARL DENNIS
RODIN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-1-04425-3, Terry D. Sebring, J., entered
May 15, 1998. *Affirmed* by unpublished opinion per Sein-
feld, J., concurred in by Armstrong, A.C.J., and Hunt, J.